**Motion Granted; Petition Dismissed and Memorandum Opinion filed April 28, 2026.**



In The

# Fifteenth Court of Appeals

_____

## NO. 15-26-00073-CV

_____

### IN RE STATE OF TEXAS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**166th District Court**
**Bexar County, Texas**
**Trial Court Cause No. 2026C102565**

---

## MEMORANDUM  OPINION

Relator State of Texas filed a petition for writ of mandamus in this Court in connection with its ultra vires suit to stop the disbursement of certain funds by Bexar County officials.  Relator has now filed an unopposed motion to dismiss its petition, stating that the "challenged program has ended, and all payments due under the program have been made by the County."

The Court is of the opinion that the unopposed motion to dismiss should be granted. We lift the partial stay previously ordered in this cause, grant the unopposed motion to dismiss, and dismiss this original proceeding. *See* Tex. R. App. P. 42.1(a)(1).


PER CURIAM


Panel consists of Chief Justice Brister and Justices Field and Farris.